**B1 (Official Form 1) (1/08)**

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**A-Tech Stucco & EIFS Co.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **20-1496173** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**29 W 160 Calumet Ave**<br>**Warrenville, IL**<br>ZIPCODE **60555** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**470 Podlin Drive, Bensenville, IL** ZIPCODE **60106** | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☑ Chapter 7  ☐ Chapter 15 Petition for<br>☐ Chapter 9     Recognition of a Foreign<br>☐ Chapter 11    Main Proceeding<br>☐ Chapter 12  ☐ Chapter 15 Petition for<br>☐ Chapter 13    Recognition of a Foreign<br>                Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ☑ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **A-Tech Stucco & EIFS Co.** |
|---|---|

**Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **John Bagjas** | Case Number: | Date Filed: **10/15/2008** |
|---|---|---|
| District: **Northern District Of Illinois** | Relationship: **Shareholder, Officer, Dir** | Judge: **Squires** |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.

X _____
Signature of Attorney for Debtor(s)                                Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **A-Tech Stucco & EIFS Co.** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
| X **/s/ Janet Watson**<br>Signature of Attorney for Debtor(s)<br>**Janet Watson 6182273**<br>Printed Name of Attorney for Debtor(s)<br>**Janet Watson**<br>Firm Name<br>**330 S. Naperville Road Suite 405**<br>Address<br>**Wheaton, IL  60187-5442**<br><br>**(630) 260-1667**<br>Telephone Number<br>**October 15, 2008**<br>Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address |
| **Signature of Debtor (Corporation/Partnership)** | X _____<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>_____<br>Date |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **/s/ John Bagjas**<br>Signature of Authorized Individual<br>**John Bagjas**<br>Printed Name of Authorized Individual<br>**President**<br>Title of Authorized Individual<br>**October 15, 2008**<br>Date | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE  A-Tech Stucco & EIFS Co. _____  Case No. _____
           Debtor(s)                                                       (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 002677804<br>**National City Bank**<br>**% McFadden & Dillon, P..C**<br>**120 S. LaSalle Street, Suite 1335**<br>**Chicago, IL  60603** | X | | **Commercial SBA loan secured by second mortgage on home and A-Tech Stucco & EIFS Co. assets**<br><br>VALUE $ | | | | 308,656.93 | 308,656.93 |
| ACCOUNT NO. EXP-230-632-5006<br>**U. S. Small Business Administration**<br>**Chicago District Office**<br>**500 W. Madison Street, Suite 1250**<br>**Chicago, IL  60661-2511** | X | | **Guarantor of 50% of National City Small Business Loan for Debto**<br><br>VALUE $ | | | | 150,000.00 | 150,000.00 |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |

_____0_ continuation sheets attached

Subtotal (Total of this page) $ **458,656.93**  $ **458,656.93**

Total (Use only on last page) $ **458,656.93**  $ **458,656.93**

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE A-Tech Stucco & EIFS Co. _____ Case No. _____
                              Debtor(s)                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **A-Tech Stucco & EIFS Co.** _____ Case No. _____
               Debtor(s)                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **20-1496173** **Illinois Department Of Revenue Bankruptcy Section, Level 7-425 100 W. Randolph Street Chicago, IL 60601** | | | **claim for 941 deposits not paid** | | X | | 15,000.00 | 15,000.00 | |
| ACCOUNT NO. **20-1496173** **Internal Revenue Service Centralized Insolvency Operations P. O. Box 21126 Philadelphia, PA 19114** | | | **Unpaid 941 deposits for 2007,2008** | | X | | 75,000.00 | 75,000.00 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __**1**__ of __**1**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ **90,000.00** $ **90,000.00** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ **90,000.00**

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ **90,000.00** $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **A-Tech Stucco & EIFS Co.** _____ Case No. _____
                      Debtor(s)                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **121984** <br> **Baytree Finance Company** <br> **721 N. Mc Kinley Road** <br> **Lake Forest, IL 60045-1849** | | | **Insurance coverage for A-Tech Stucco & EIFS Co. - corporate debt.** | | | | **14,622.74** |
| ACCOUNT NO. **1003735795** <br> **Chrysler Financial** <br> **5225 Crooks Road** <br> **Troy, MI 48098** | | | **2007 Dodge Ram 4x4 Truck - reposessed 6/08 - amount owed is balance due prior to sale** | | | | **32,500.00** |
| ACCOUNT NO. <br> **CJ Cunningham Co.** <br> **4600 W. Addison Ave** <br> **Chicago, IL 60641** | | | **Stucco material supplier for business** | | | | **1,323.00** |
| ACCOUNT NO. <br> **Cory * Associates, Inc** <br> **151 E. 22nd Street** <br> **Lombard, IL 60148** | | | **Insurance agent for A-Tech Stucco & Eifs, co - policy cancelled due to unpaid premiums. - corporate debt** | | | | **unknown** |

___**4**___ continuation sheets attached

Subtotal (Total of this page) $ **48,445.74**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **A-Tech Stucco & EIFS Co.** _____ Case No. _____
                                       Debtor(s)                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **121984 - TBD**<br>**CRC**<br>**14001 N. Dallas Parkway**<br>**Suite M100**<br>**Dallas, TX 75240** | | | **Potential creditor listed on insurance cancellation notice for A-Tech Stucco - corporate debt.** | | | | **14,622.74** |
| ACCOUNT NO. **431550**<br>**Feece Oil Co**<br>**1700 Hubbard Ave**<br>**Batavia, IL 60510** | | | **Kerosene supplier for winter heating for business** | | | | **499.01** |
| ACCOUNT NO. **4988-8200-0096-1622**<br>**First Equity Visa**<br>**P. O. Box 23029**<br>**Columbus, OH 31902** | | | **Company card for ongoing business expenses** | | | | **13,088.82** |
| ACCOUNT NO. **TBD**<br>**First Mercury Insusrance Co**<br>**29621 Northwestern Highway**<br>**Southfield, MI 48034** | | | **12/11/2007 - Insurance policy for A-Tech - Corporate debt** | | | | **14,622.74** |
| ACCOUNT NO. **08 CH 1872**<br>**Gerald Forsythe**<br>**% Freeborn & Peters, LLP**<br>**311 S. Wacker Drive, Suite 3000**<br>**Chicago, IL 60606-6677** | | | **2007-2008 - claim for defective work by A-Tech Stucco & EIFS**<br>**Subject to Setoff** | | | | **293,097.00** |
| ACCOUNT NO. **13083**<br>**Gypsum Supply Co.**<br>**724 Parkwood Ave.**<br>**Romeoville, IL 60446** | | | **material supplier to A-tech** | | | | **3,800.17** |
| ACCOUNT NO. **6035322017577739**<br>**Home Depot Credit Services**<br>**P. O. Box 689100**<br>**Des Moines, IA 50368-9100** | | | **business purchases - 2007** | | | | **1,216.00** |

Sheet no. ___**1**___ of ___**4**___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  $ **340,946.48**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1019195**<br>**Illini High Reach**<br>**P. O. Box 8510**<br>**Mataire, LA** | | | **equiptment supplier for A-Tech - mechanics lien claim** | | | | **9,960.00** |
| ACCOUNT NO.<br>**Kropp Equipment, Inc.**<br>**1339 Yorkshire Drive**<br>**Streamwood, IL  60107** | | | **Mechanics lien against York Brook Condos 2030 St. Regis Drive, Lombard, IL  for use of equipment on property 6/15/2007 by A-Tech Stucco and EIFS Co.** | X | | | **10,122.84** |
| ACCOUNT NO. **2020132**<br>**LHR, Inc.**<br>**56 Main Street**<br>**Hamburg, NY  10475** | | | **Purchaser of First Equity business credit card account- business purchases last several years** | | | | **13,150.00** |
| ACCOUNT NO. **2008 SC 2995**<br>**Mathews And Associates d/b/a Midwest Stu**<br>**% Edgerton & Edgerton**<br>**125 Wood Street, P. O. Box 219**<br>**West Chicago, IL  60185** | | | **Claim for Unpaid services to A-Tech Stucco and EIFS, Co.** | | | | **2,591.75** |
| ACCOUNT NO.<br>**Metrolift**<br>**679 Heartland Drive**<br>**Sugar Grove, IL  60554** | | | **corporate supplier for A-Tech** | | | | **5,234.50** |
| ACCOUNT NO. **72367**<br>**National Lift Truck**<br>**3333 Mount Prospect Road**<br>**Franklin Park, IL  60131** | | | **machinery supplier for A-Tech** | | | | **1,417.00** |
| ACCOUNT NO. **10100400**<br>**NexGen Building Supply**<br>**P. O. Box 809341**<br>**Chicago, IL  60680-9341** | | | **Materials supplier to business for 2007 work** | | | | **132,000.00** |

Sheet no. ___**2**___ of ___**4**___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **174,476.09**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Nigro & Westfall Professional Group**<br>**1793 Bloomiongdale Toad**<br>**Glendale Hts, IL 60139** | | | **legal services for A-Tech Stucco & EIFS Co.** | | | | **1,256.00** |
| ACCOUNT NO. **10012**<br>**R & J Construction Supply Co.**<br>**2022 South Route 31**<br>**Mc Henry, IL 60050** | | | **material supplier for A-Tech - 2007 corporate debt** | | | | **765.90** |
| ACCOUNT NO. **149910**<br>**Silver & Associates**<br>**West Bend Mutual Insurance**<br>**1540 E. Dundee Road, Suite 150**<br>**Palatine, IL 60074** | | | **collection agency for west bend mutual insurance co.'s claim against A Tech Stucco and EIFS, Co.** | | | | **0.00** |
| ACCOUNT NO. **carol lofton**<br>**Spider Staging - Safeworks LLC**<br>**% The Commercial Agency**<br>**P. O. Box 23909**<br>**Portland, OR 97223** | | | **Collection agency for Spider Staging/safeworks . guarantor for A-Tech corporate debt** | | | | **7,041.74** |
| ACCOUNT NO. **73-41700**<br>**Thyssen Krupp Saveway, Inc.**<br>**0 S 490 Route 83**<br>**Oakbrook Terrace, IL 60181** | | | **Business safety eqpt rental supplier for A-Tech - corporate debt** | | | | **2,592.88** |
| ACCOUNT NO. **73-41700**<br>**Thyssen Krupp Saveway, Inc.**<br>**% Wagner, Falconer & Judd, Ltd.**<br>**325 N. Corporate Drive, Suite 100**<br>**Brookfield, WI 53045** | | | **Corporate debt of A-Tech Stucco, Inc.** | | | | **2,502.88** |
| ACCOUNT NO. **08 C 2245**<br>**Trustees Of Bricklayers/Craftsmen Loc 56**<br>**% Donald D. Schwartz, Arnold And Kadjan**<br>**19 W. Jackson Blvd, Suite 300**<br>**Chicago, IL 60604** | X | | **Judgment for non-payment of note** | | | | **142,000.00** |

Sheet no. ___3___ of ___4___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **156,159.40**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE A-Tech Stucco & EIFS Co.                                                    Case No. _____
           Debtor(s)                                                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **875-246**<br>**Waste Management**<br>**2421 W. Peoria Ave. Suite 210**<br>**Phoenix, AZ  85029** | | | **waste collection services** | | | | **178.62** |
| ACCOUNT NO. **319991493**<br>**Waste Management**<br>**% RMS**<br>**4836 Brecksville Road, P. O. Box 509**<br>**Richfield, OH  44286** | | | **nsf check for waste collection - debt of A-Tech Stucco - collection agency for Waste Management** | | | | **0.00** |
| ACCOUNT NO. **011019539-3**<br>**West Bend Mutual Insurance Co**<br>**% Rusin, Maciorowski & Friedman, Ltd.**<br>**10 S. Riverside Plaza, Suite 1530**<br>**Chicago, IL  60606** | | | **Insurance for A-Tech Stucco & EIFS Company** | | | | **6,925.00** |
| ACCOUNT NO.<br>**Westmont Interior Supply House**<br>**% Ekl Williams, PL LC**<br>**901 Warrenville Road #175**<br>**Lisle, IL  60532** | | | **Materials Supplier for A-Tech - Corporate Debt** | | | | **24,000.94** |
| ACCOUNT NO. **0414007178312**<br>**Wex Fleet Fueling**<br>**% RMC Receivable Management Corporation**<br>**P. O. Box 2471**<br>**Woburn, MA  01888** | | | **Debt of A Tech Stucco** | | | | **5,709.76** |
| ACCOUNT NO. **0414007178312**<br>**Wright Express Fuel Card**<br>**P. O. Box 639**<br>**Portland, ME  04104** | | | **Fuel for business vehicles** | | | | **5,500.00** |
| ACCOUNT NO.<br>**York Brook Condos**<br>**2030 St. Regis Drive**<br>**Lombard, IL  60148** | | | **6/15/2008 - Potential claim against A-Tech Stucco and EIFS Co. re mechanics lien filed for nonpayment to Krupp Equiptment** | X | | | **10,122.84** |

Sheet no. __4__ of __4__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **52,437.16**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **772,464.87**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

**IN RE:**                                                                 Case No. _____

**A-Tech Stucco & EIFS Co.**                                               Chapter **7**
                                    Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

                                                                Number of Creditors   **36**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **October 15, 2008**            */s/ John Bagjas*
                                       Debtor


                                       _____
                                       Joint Debtor

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| A-Tech Stucco & EIFS Co.<br>29 W 160 Calumet Ave<br>Warrenville, IL  60555 | Gerald Forsythe<br>% Freeborn & Peters, LLP<br>311 S. Wacker Drive, Suite 3000<br>Chicago, IL  60606-6677 | National Lift Truck<br>3333 Mount Prospect Road<br>Franklin Park, IL  60131 |
| Janet Watson<br>330 S. Naperville Road Suite 405<br>Wheaton, IL  60187-5442 | Gypsum Supply Co.<br>724 Parkwood Ave.<br>Romeoville, IL  60446 | NexGen Building Supply<br>P. O. Box 809341<br>Chicago, IL  60680-9341 |
| Baytree Finance Company<br>721 N. Mc Kinley Road<br>Lake Forest, IL  60045-1849 | Home Depot Credit Services<br>P. O. Box 689100<br>Des Moines, IA  50368-9100 | Nigro & Westfall Professional Group<br>1793 Bloomiongdale Toad<br>Glendale Hts, IL  60139 |
| Chrysler Financial<br>5225 Crooks Road<br>Troy, MI  48098 | Illinois Department Of Revenue<br>Bankruptcy Section, Level 7-425<br>100 W. Randolph Street<br>Chicago, IL  60601 | R & J Construction Supply Co.<br>2022 South Route 31<br>Mc Henry, IL  60050 |
| CJ Cunningham Co.<br>4600 W. Addison Ave<br>Chicago, IL  60641 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P. O. Box 21126<br>Philadelphia, PA  19114 | Silver & Associates<br>West Bend Mutual Insurance<br>1540 E. Dundee Road, Suite 150<br>Palatine, IL  60074 |
| Cory * Associates, Inc<br>151 E. 22nd Street<br>Lombard, IL  60148 | Kropp Equipment, Inc.<br>1339 Yorkshire Drive<br>Streamwood, IL  60107 | Spider Staging - Safeworks LLC<br>% The Commercial Agency<br>P. O. Box 23909<br>Portland, OR  97223 |
| CRC<br>14001 N. Dallas Parkway<br>Suite M100<br>Dallas, TX  75240 | LHR, Inc.<br>56 Main Street<br>Hamburg, NY  10475 | Thyssen Krupp Saveway, Inc.<br>0 S 490 Route 83<br>Oakbrook Terrace, IL  60181 |
| Feece Oil Co<br>1700 Hubbard Ave<br>Batavia, IL  60510 | Mathews And Associates d/b/a Midwest Stu<br>% Edgerton & Edgerton<br>125 Wood Street, P. O. Box 219<br>West Chicago, IL  60185 | Thyssen Krupp Saveway, Inc.<br>% Wagner, Falconer & Judd, Ltd.<br>325 N. Corporate Drive, Suite 100<br>Brookfield, WI  53045 |
| First Equity Visa<br>P. O. Box 23029<br>Columbus, OH  31902 | Metrolift<br>679 Heartland Drive<br>Sugar Grove, IL  60554 | Trustees Of Bricklayers/Craftsmen Loc 56<br>% Donald D. Schwartz, Arnold And Kadjan<br>19 W. Jackson Blvd, Suite 300<br>Chicago, IL  60604 |
| First Mercury Insusrance Co<br>29621 Northwestern Highway<br>Southfield, MI  48034 | National City Bank<br>% McFadden & Dillon, P..C<br>120 S. LaSalle Street, Suite 1335<br>Chicago, IL  60603 | U. S. Small Business Administration<br>Chicago District Office<br>500 W. Madison Street, Suite 1250<br>Chicago, IL  60661-2511 |

**Waste Management**
**2421 W. Peoria Ave. Suite 210**
**Phoenix, AZ  85029**


**Waste Management**
**% RMS**
**4836 Brecksville Road, P. O. Box 509**
**Richfield, OH  44286**


**West Bend Mutual Insurance Co**
**% Rusin, Maciorowski & Friedman, Ltd.**
**10 S. Riverside Plaza, Suite 1530**
**Chicago, IL  60606**


**Westmont Interior Supply House**
**% Ekl Williams, PL LC**
**901 Warrenville Road #175**
**Lisle, IL  60532**


**Wex Fleet Fueling**
**% RMC Receivable Management Corporation**
**P. O. Box 2471**
**Woburn, MA  01888**


**Wright Express Fuel Card**
**P. O. Box 639**
**Portland, ME  04104**


**York Brook Condos**
**2030 St. Regis Drive**
**Lombard, IL  60148**

**United States Bankruptcy Court**
**Northern District of Illinois**

**IN RE:**                                                                                              Case No. _____

**A-Tech Stucco & EIFS Co.**_____    Chapter **7**_____
                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ................................................................. $ _____**1,500.00**

    Prior to the filing of this statement I have received ........................................................ $ _____**1,500.00**

    Balance Due ............................................................................................ $ _____**0.00**

2. The source of the compensation paid to me was:  ☐ Debtor  ☑ Other (specify): **John Bagjas**

3. The source of compensation to be paid to me is:  ☐ Debtor  ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters~~;
    e.  [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **Contested Motions or court proceedings, conversions, adversary proceedings, appeals**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

____**October 15, 2008**____          ____**/s/ Janet Watson**_____
                Date                                                          Signature of Attorney

                                      **Janet Watson**
                                      _____
                                                                           Name of Law Firm